IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADREA, LLC, | ) | |
|     Plaintiff, | ) ) ) | C.A. No. 10-600-ER |
| v. | ) | (Consolidated) |
| AMAZON.COM, INC., | ) ) ) | **DEMAND FOR JURY TRIAL** |
|     Defendant. | ) ) ) | **PUBLIC VERSION** |
| AMAZON.COM, INC. | ) ) | |
|     Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| ADREA, LLC, DISCOVERY COMMUNICATIONS, INC., DISCOVERY COMMUNICATIONS, LLC, and THE DISCOVERY CHANNEL STORE, INC., | ) ) ) ) ) ) | |
|     Counterclaim Defendants. | ) | |

**JOINT STIPULATION AND ORDER**

Amazon.com ("Amazon"); Discovery Communications, Inc., Discovery Communications, LLC, and The Discovery Channel Store, Inc. (collectively, "Discovery"); and Adrea, LLC ("Adrea"), by and through their respective attorneys of record, hereby agree and stipulate as follows with respect to the above-referenced matter:



NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all parties, by and through each party's counsel of record, subject to the approval of this Court, and for the reasons set forth above, that

- 2 -

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Elena C. Norman | /s/ David E. Moore |
| Elena C. Norman (No. 4780) | Richard L. Horwitz (#2246) |
| Jeffrey T. Castellano (No. 4837) | David E. Moore (#3983) |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West Street, 17th Floor | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel. (302) 571-6600 | Tel: (302) 984-6000 |
| enorman@ycst.com | rhorwitz@potteranderson.com |
| jcastellano@ycst.com | dmoore@potteranderson.com |

OF COUNSEL: (left)

Brent P. Lorimer
Seth W. Black
WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
Tel: (801) 533-9800

Michael A. Jacobs
Deok Keun M. Ahn
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000

*Attorneys for Discovery*

OF COUNSEL: (right)

Josh A. Krevitt
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 351-4000

Y. Ernest Hsin
Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 849-5300

*Attorneys for Amazon*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

 /s/ Elena C. Norman 
Elena C. Norman (No. 4780)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel. (302) 571-6600
enorman@ycst.com
jcastellano@ycst.com

OF COUNSEL:

Michael A. Jacobs
Deok Keun M. Ahn
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000

*Attorneys for Adrea, LLC*

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1. ███████████████████████████████████

███████████

███████████████████████████████████

███████████████████████████████████

███████████

IT IS SO ORDERED, this ___ day of _____, 2011.

                                                                                                                                                                        _____
                                                                                                                                                                        United States District Judge

1010213/34137 – PULBIC VERSION DATED: APRIL 22, 2011