IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADREA, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 10-600-ER |
| | ) (consolidated) |
| v. | ) |
| | ) |
| AMAZON.COM, INC., | ) |
| | ) |
| Defendant. | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| | ) |
| AND RELATED COUNTERCLAIMS | ) |
| | ) |
| | ) |

**REPLY DECLARATION OF BRIAN A. BERG IN SUPPORT OF ADREA, LLC'S MOTION TO MODIFY THE PROTECTIVE ORDER TO ALLOW FURTHER PRINTING OF AMAZON.COM INC.'S SOURCE CODE**

I, Brian A. Berg, declare as follows:

1. I have been retained by Adrea, LLC as a technical expert in the above-captioned litigation.

2. In the past five years I have worked on nine other cases that involved my review of computer source code, and I am familiar with the process of searching, analyzing and identifying relevant portions of third party source code for purposes of litigation.

3. Source code review is an iterative process in which a third party provides what is often a large hierarchy of file system directories containing what is often a vast number of source code files. The source code contained in these files is usually completely unfamiliar to the technical expert before gaining access thereto. It is the job of the technical expert to identify the important files and the portions of those files that are relevant to the litigation.

4. As the files may contain hundreds, thousands or even tens of thousands of lines of code, a computer screen at the producing party's facility limits the amount of source code that

can be viewed at one time. Thus, the review process often necessitates the printing of files in order to more easily see and understand the source code. These printouts allow further study and review of the source code outside of the time spent at the producing party's facility.

5. Naturally, not all of this printed code is likely to be used in the final work product, whether that is an interrogatory response, expert report or summary judgment declaration. However, these pages of printed code are essential for the learning process that is required to understand third party source code.

6. In identifying relevant source code for purposes of Adrea's infringement contentions (i.e., Adrea's Third Supplemental Responses and Objections to Amazon's Interrogatories No. 1 and 2, excerpts attached as Ex. A to my declaration of Jan. 31, 2011), I identified the page numbers for the lines of code most relevant to the cited issue.

7. It should be understood that the source code surrounding the identified lines of code within a file and even within other files is also needed and relevant for purposes of context. A few lines of code by themselves do not have meaning unless they are considered within the context of the surrounding source code. As one example, on page 38 of Adrea's infringement contentions (Ex. A to my declaration of Jan. 31, 2011), I cited to a single line of code in AMZN_DE_1673850 in footnote 10. However, the printout of the relevant file containing this one line of code spans five pages (AMZN_DE_1673848-52).

I declare under penalty of perjury that the foregoing is true and correct. Executed August 17, 2011, at Saratoga, California.

Brian A. Berg

**CERTIFICATE OF SERVICE**

I, Jeffrey T. Castellano, hereby certify that on August 17, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard L. Horwitz
>David E. Moore
>Potter, Anderson & Corroon
>6th Floor, Hercules Plaza
>1313 N. Market Street
>Wilmington, DE 19801
>rhorwitz@potteranderson.com
>dmoore@potteranderson.com

I further certify that on August 17, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL:**

>Josh A. Krevitt
>Y. Ernest Hsin
>Gibson, Dunn & Crutcher LLP
>200 Park Avenue
>New York, NY 10166
>jkrevitt@gibsondunn.com
>ehsin@gibsondunn.com
>
>Brooke L. Myers
>Jacon C. Lo
>Jennifer J. Rho
>Gibson, Dunn & Crutcher LLP
>333 South Grand Avenue
>Los Angeles, CA 90071
>bmyers@gibsondunn.com
>jlo@gibsondunn.com
>jrho@gibsondunn.com

2

Stuart M. Rosenberg
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
srosenberg@gibsondunn.com

Mark Reiter
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
mreiter@gibsondunn.com

William F. Cronin
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue
Suite 3900
Seattle, WA 98154
wcronin@corrcronin.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jeffrey T. Castellano*

Elena C. Norman (No. 4780)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19801
(302)-571-6600
jcastellano@ycst.com

*Attorneys for Adrea, LLC, Discovery Communications, Inc., Discovery Communications, LLC, and The Discovery Channel Store, Inc.*