IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADREA, LLC, et al., | : | CIVIL ACTION |
| | : | NO. 10-600-ER |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| AMAZON.COM, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **19th** day of **August, 2011,** upon consideration of Plaintiff's Notice of Withdrawal of Motion (doc. no. 348) of Plaintiff's Motion to Strike Belatedly Produced Documents (doc. no. 304), it is **ORDERED** that Plaintiff's Motion to Strike Belatedly Produced Documents (doc. no. 304) **DENIED without prejudice**.

**AND IT IS SO ORDERED.**

      S/Eduardo C. Robreno
      **EDUARDO C. ROBRENO, J.**