# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADREA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 10-600-ER |
| v. ) | (Consolidated) |
| ) | |
| AMAZON.COM, INC., ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| Defendant. ) | |
| ) | |
| AMAZON.COM, INC. ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ADREA, LLC, DISCOVERY ) | |
| COMMUNICATIONS, INC., DISCOVERY ) | |
| COMMUNICATIONS, LLC, and THE ) | |
| DISCOVERY CHANNEL STORE, INC., ) | |
| ) | |
| Counterclaim Defendants. ) | |

## AMAZON.COM, INC.'S CONDITIONAL CROSS-MOTION TO LIMIT VALIDITY CONTENTIONS

Defendant Amazon.com, Inc. ("Amazon") hereby conditionally cross-moves for an order precluding Plaintiff Adrea, LLC's ("Adrea") from asserting in support of its rebuttal validity case – at trial or in its expert reports – any more factual or legal detail than that which is already set forth in Adrea's existing validity contentions of August 2, 2010 and January 31, 2011.

Counsel for Amazon hereby avers that they have made reasonable efforts to reach an agreement with the opposing party concerning the dispute at issue in this conditional cross-motion, and have been unsuccessful in reaching resolution.

                        Respectfully submitted,

                        POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: */s/ David E. Moore* |
|---|---|
|  | Richard L. Horwitz (#2246) |
| GIBSON, DUNN & CRUTCHER LLP | David E. Moore (#3983) |
| Josh A. Krevitt | Hercules Plaza, 6th Floor |
| Y. Ernest Hsin | 1313 N. Market Street |
| 200 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10166 | Tel: (302) 984-6000 |
| Tel: (212) 351-4000 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Mark Reiter |  |
| 2100 McKinney Avenue | *Attorneys for Defendant Amazon.com, Inc.* |
| Dallas, TX 75201-6912 |  |
| Tel: (214) 698-3100 |  |

Jason Lo
Jennifer Rho
333 S. Grand Avenue – Ste. 4700
Los Angeles, CA 90071
Tel: (213) 229-7000

Stuart M. Rosenberg
1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel: (650) 849-5300

Dated: September 6, 2011
1026434 / 34137

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 6, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 6, 2011, the attached document was Electronically Mailed to the following person(s):

Elena C. Norman
Jeffrey T. Castellano
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899-2207
enorman@ycst.com
jcastellano@ycst.com

Michael A. Jacobs
Deok Keun Matthew Ahn
Patrick J. Zhang
Richard S.J. Hung
Brooks M. Beard
Francis C. Ho
Theodore M. Hasse
Jason D. Hall
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
mjacobs@mofo.com
dahn@mofo.com
rhung@mofo.com
pzhang@mofo.com
bbeard@mofo.com
fho@mofo.com
thasse@mofo.com
jhall@mofo.com

Brent P. Lorimer
Sterling A. Brennan
L. Rex Sears
Seth W. Black
Workman Nydegger
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT  84111
blorimer@wnlaw.com
sbrennan@wnlaw.com
rsears@wnlaw.com
sblack@wnlaw.com

2

      */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

916443 / 34137