**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 22, 2011

Writer's Direct Contact
415.268.7653
PZhang@mofo.com

The Honorable Louis C. Bechtle
Conrad O'Brien, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19105-1921

Re:   *Adrea, LLC v. Amazon.com, Inc.*, Case No. 10-600-ER (D. Del.)

Dear Special Master Bechtle:

Adrea writes to request an extension of time with respect to briefing on Adrea's reply in support of its Motion to Strike Amazon's Belated Non-Infringement Contentions (D.I. 363) and opposition to Amazon's Conditional Cross Motion to Limit Validity Contentions (D.I. 389).

Adrea's reply and opposition is presently due September 23, 2011.  Adrea requests a five business day extension of that due date to September 30, 2011.  Adrea has conferred with Amazon, which does not oppose this request.  Adrea also agrees that, should Amazon need an extension of time (commensurate with the amount of time Adrea has sought beyond the original due date of its reply and opposition) to prepare Amazon's reply to Adrea's opposition, Adrea will not oppose such an extension.

Adrea makes the foregoing request in the belief that the brief extensions requested above will allow more careful and efficient presentation of the issues for Your Honor's consideration.

Respectfully submitted,


/s/Patrick J. Zhang

Cc:  Counsel for Discovery and Amazon

sf-3030912