# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

Y. Ernest Hsin
Direct: +1 650.849.5322
Fax: +1 650.849.5022
EHsin@gibsondunn.com

Client: 03981-00097

October 6, 2011

**VIA ELECTRONIC MAIL**

The Hon. Louis C. Bechtle
Conrad O'Brien PC
1515 Market Street, 16th Floor
Philadelphia, Pennsylvania 19102-1921

Re:   *Adrea, LLC v. Amazon.com, Inc.*, Case No. 10-600-ER (consolidated)

Dear Special Master Bechtle:

Amazon writes to request a short extension of time with respect to briefing on Amazon's Cross-Motion to Limit Validity Contentions (D.I. 389) ("Amazon's Cross-Motion").

Amazon's reply in support of Amazon's Cross-Motion is presently due on October 7. Amazon hereby respectfully requests that the due date for Amazon's reply be extended by five business days, to October 14, 2011. Adrea does not oppose this requested extension.

Amazon makes the foregoing request in the belief that the brief extension requested above will allow for more careful and efficient presentation of the issues for Your Honor's consideration.

Respectfully submitted,

*Ernest Hsin* / blm

Y. Ernest Hsin

YEH/blm

cc: Counsel for Discovery and Adrea

101163559.1