**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADREA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. <br><br>——————————————<br><br> AMAZON.COM, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> ADREA, LLC, DISCOVERY COMMUNICATIONS, INC., DISCOVERY COMMUNICATIONS, LLC and THE DISCOVERY CHANNEL STORE, INC. <br><br> Counterclaim Defendants. | C.A. No. 10-600-ER <br> (Consolidated) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

It is hereby stipulated by the parties, subject to the approval of the Court, that Plaintiff Adrea, LLC's time to file a motion for leave to file a reply in support of its Objection to Special Master Discovery Order No. 8 Denying Adrea's Motion to Compel Discovery of Future Models of Accused Products (D.I. 193), is extended by eight business days to November 16, 2011. Adrea makes the foregoing request in the belief that the extension requested above will allow for more careful and efficient presentation of the issues for Your Honor's consideration.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Pilar G. Kraman* | /s/ *David E. Moore* |
| Elena C. Norman (No. 4780) | Richard L. Horwitz (No. 2246) |
| Pilar G. Kraman (No. 5199) | David E. Moore (No. 3983) |
| The Brandywine Building | Hercules Plaza, 6th Floor |
| 1000 West Street, 17th Floor | 1313 North Market Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 571-6600 | (302) 984-6000 |
| enorman@ycst.com | rhorwitz@potteranderson.com |
| pkraman@ycst.com | dmoore@potteranderson.com |
| *Attorneys for Adrea, LLC* | *Attorneys for Amazon.com Inc.* |

IT IS SO ORDERED, this ____ day of November, 2011.

_____

EDUARDO C. ROBRENO, J.