IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ADREA, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-600-ER (Consolidated) |
| AMAZON.COM, INC., | ) ) ) | |
| Defendant. | ) ) ) ) | |
| AMAZON.COM, INC., | ) ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) ) | |
| ADREA, LLC, DISCOVERY COMMUNICATIONS, INC., DISCOVERY COMMUNICATIONS, LLC, and THE DISCOVERY CHANNEL STORE, INC., | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) ) | |

## **NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that Jeffrey T. Castellano, Esquire and Andrew E. Russell, Esquire are withdrawing their appearance on behalf of Plaintiff/Counterclaim Defendant Adrea, LLC ("Adrea") and Counterclaim Defendants Discovery Communications, Inc., Discovery Communications, LLC and The Discovery Channel Store, Inc. ("Discovery") in this action.

The undersigned Delaware counsel, the law firm of Young Conaway Stargatt & Taylor,

LLP and all other *pro hac vice* counsel remain as counsel of record for Adrea and Discovery in this action.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel* | /s/ Elena C. Norman |
| Michael A. Jacobs | Elena C. Norman (No. 4780) |
| Richard S.J. Hung | Pilar G. Kraman (No. 5199) |
| Deok Keun Matthew Ahn | 1000 West Street, 17th Floor |
| Patrick Zhang | Wilmington, Delaware 19801 |
| MORRISON & FOERSTER, LLP | (302) 571-6600 |
| 425 Market Street | enorman@ycst.com |
| San Francisco, California 94105-2482 | pkraman@ycst.com |
| (415) 268-7000 |  |
|  | *Attorneys for Adrea, LLC, Discovery Communications, Inc., Discovery Communications, LLC, and The Discovery Channel Store, Inc.* |
| Brent P. Lorimer |  |
| Sterling A. Brennan |  |
| L. Rex Sears |  |
| WORKMAN NYDEGGER, LLP |  |
| 1000 Eagle Gate Tower |  |
| 60 East South Temple |  |
| Salt Lake City, UT 84111 |  |
| (801) 533-9800 |  |

Dated: November 7, 2011

**CERTIFICATE OF SERVICE**

I, Elena C. Norman, hereby certify that on November 7, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Richard L. Horwitz
> David E. Moore
> Potter, Anderson & Corroon
> 6th Floor, Hercules Plaza
> 1313 N. Market Street
> Wilmington, DE 19801
> rhorwitz@potteranderson.com
> dmoore@potteranderson.com

I further certify that on November 7, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL:**
>
> Josh A. Krevitt
> Y. Ernest Hsin
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, NY 10166
> jkrevitt@gibsondunn.com
> ehsin@gibsondunn.com
>
> Brooke L. Myers
> Jacon C. Lo
> Jennifer J. Rho
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071
> bmyers@gibsondunn.com
> jlo@gibsondunn.com
> jrho@gibsondunn.com

Stuart M. Rosenberg
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304
srosenberg@gibsondunn.com

Mark Reiter
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
mreiter@gibsondunn.com

William F. Cronin
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue
Suite 3900
Seattle, WA  98154
wcronin@corrcronin.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elena C. Norman*

Elena C. Norman (No. 4780)
Pilar G. Kraman (No. 5199)
The Brandywine Building
1000 West St., 17th Floor
Wilmington, Delaware 19801
(302)-571-6600
enorman@ycst.com

*Attorneys for Adrea, LLC, Discovery Communications, Inc., Discovery Communications, LLC, and The Discovery Channel Store, Inc.*