# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADREA, LLC, | ) |
|     Plaintiff, | ) ) ) C.A. No. 10-600-ER |
|     v. | ) ) |
| AMAZON.COM, INC., | ) (Consolidated) ) |
|     Defendant. | ) ) |
| AND RELATED COUNTERCLAIMS | ) |

## JOINT MOTION AND ORDER TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the settlement agreement reached between them, Plaintiff Adrea LLC ("Adrea"), Defendant and Counterclaim-Plaintiff Amazon.com, Inc. ("Amazon"), and Counterclaim-Defendants Discovery Communications, Inc., Discovery Communications, LLC, and The Discovery Channel Store, Inc. (collectively, "Discovery") jointly move to dismiss all claims by Adrea against Amazon with prejudice, and all claims by Amazon against Adrea and Discovery with prejudice, with each party bearing its own attorney's fees and costs.

Dated: November 14, 2011

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Elena C. Norman* | /s/ *Richard L. Horwitz* |
| Elena C. Norman (No. 4780) | Richard L. Horwitz (#2246) |
| 1000 West Street, 17th Floor | David E. Moore (#3983) |
| Wilmington, Delaware 19801 | 1313 N. Market Street, 6th Floor |
| (302) 571-6600 | Wilmington, DE 19801 |
| enorman@ycst.com | (302) 984-6000 |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff Adrea, LLC and Counter-claim Defendants Discovery Communications, Inc., Discovery Communications, LLC, and The Discovery Channel Store, Inc.* | *Attorneys for Defendant Amazon.com, Inc.* |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| MORRISON & FOERSTER LLP<br>Michael A. Jacobs<br>Richard S.J. Hung<br>Deok Keun Matthew Ahn<br>Patrick J. Zhang<br>425 Market Street<br>San Francisco, California 94105-2482<br>(415) 268-7000<br><br>Sterling A. Brennan<br>Brent P. Lorimer<br>L. Rex Sears<br>Seth W. Black<br>WORKMAN NYDEGGER<br>1000 Eagle Gate Tower<br>60 East South Temple, Suite 1000<br>Salt Lake City, UT  84111<br>Tel:  (801) 533-9800<br>Fax: (801) 328.1707 | GIBSON, DUNN & CRUTCHER LLP<br>Josh A. Krevitt<br>Y. Ernest Hsin<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-3045<br><br>Mark Reiter<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201-6912<br>Tel: (214) 698-3100<br>Fax: (214) 571-2900<br><br>Stuart M. Rosenberg<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Tel: (650) 849-5300<br>Fax: (650) 849-5333 |

GRANTED AND SO ORDERED this _____ day of _____, 2011.

_____
**HONORABLE EDUARDO C. ROBRENO**
 **UNITED STATES DISTRICT COURT JUDGE**